IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

IN RE:                                              CASE NO. 09-10398GVL1

DAMPIER, FREDDIE AUSTIN
DAMPIER, MELISSA ANN                                CHAPTER 7

              Debtor(s)

_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
## IN ACCORDANCE WITH 11 U.S.C. §347

Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 3 | Shands at AGH<br>Cardiology Assoc of Gainesville, PO Box 2370<br>Gainesville, FL 32602-2370 | $6.10 |

/s/ Theresa M. Bender
THERESA M. BENDER
CHAPTER 7 TRUSTEE
Theresa M. Bender, P.A.
Post Office Box 14557
Tallahassee, FL  32317
PH:  (850) 205-7777
FL. Bar # 0749486
Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

Shands at AGH
Cardiology Assoc of Gainesville
4645 NW 9TH Ave
Gainesville, FL 32605

Dated: 1/2/2011                              /s/ Theresa M. Bender